# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RICK GUARDINO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:22-cv-6950 CPK |
| SDIG CHICAGO REALTY LLC, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Rick Guardino and Defendant SDIG Chicago Realty LLC, by and through their respective counsel, hereby stipulate to dismissal of this action with prejudice.

SO STIPULATED

Respectfully submitted,

| **JONATHAN F. ANDRES P.C.** | **DENTONS US LLP** |
|---|---|
| /s/ Jonathan F. Andres | /s/ Joel M. Graczyk |
| Jonathan F. Andres, #6205586 | Joel M. Graczyk #6331637 |
| 1127 Hoot Owl Road | 233 S. Wacker Drive, Suite 5000 |
| St. Louis, MO 63005 | Chicago, IL 60606 |
| Tel. (636) 633-1208 | Tel. (312) 876-8000 |
| andres@andreslawpc.com | Joel.graczyk@dentons.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September 2023, a true and correct copy of the foregoing was served upon counsel of record via the Court's Electronic Filing System.

/s/ Jonathan F. Andres